IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert D. Phillips, | C/A No. 0:14-cv-01364-JFA |
| Plaintiff, | |
| vs. | |
| Equifax Credit Information Services, LLC; Time Finance of Monroe, LLC, | **ORDER** |
| Defendants. | |

The court, having been advised by counsel for Plaintiff and Defendant Equifax Information Services, LLC that those parties have reached a settlement agreement,[1] hereby orders that part of the action to be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Rule 60(b)(6), FED. R. CIV. P. In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

May 1, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] This Order does not apply to Defendant Time Finance of Monroe, LLC.